# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- ☐ Under Seal
- City: THE PENTAGON
- County: ARLINGTON
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.:
- Search Warrant Case No.:
- Judge Assigned:
- Criminal No.: 1:19MJ 481
- New Defendant: x
- Arraignment Date: DECEMBER 19, 2019
- R. 20/R. 40 From:

**Defendant Information:**
- Defendant Name: MATTHEW JOHN MCCORMACK
- Alias(es):
- ☐ Juvenile   FBI No.:
- Address:
- Employment:
- Birth Date: xx/xx/1970
- SSN:
- Sex: Male
- Race:
- Nationality:
- Place of Birth:
- Height:
- Weight:
- Hair:
- Eyes:
- Scars/Tattoos:
- ☐ Interpreter   Language/Dialect:
- Auto Description:

**Location/Status:**
- Arrest Date:
- ☐ Already in Federal Custody as of:   in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☒ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**
- Name:
- ☐ Court Appointed
- Counsel Conflicts:
- Address:
- ☐ Retained
- Phone:
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- AUSA(s): SAUSA PAUL A. EMBROSKI
- Phone: 703 693-7374
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**
PFPA TMU SA MILTON BARNES

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 641 | THEFT OF GOPVERNMENT PROPERTY | 1 | MISDEMEANOR |
| Set 2: | 18 USC 661 | THEFT OF PERSONAL PROPERTY | 2 | MISDEMEANOR |

Date: 11/12/2019   AUSA Signature:

*may be continued on reverse*