AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>MATTHEW JOHN MCCORMACK<br>_Defendant_ | )<br>)<br>)<br>)  Case No.  1:19MJ481<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place:  401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.:  400 |
|---|---|
| | Date and Time: 12/19/19 @ 9am |

This offense is briefly described as follows:

Theft of Government Property

Date:  _11/13/2019_

_____
Issuing officer's signature

Christina Margaret  Deputy Clerk
_Printed name and title_

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:  _____

_____
_Server's signature_

_____
_Printed name and title_